# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC. | ) | |
| | ) | |
| v. | ) | CV 514-104 |
| | ) | |
| JAVIER MENDOZA d/b/a EL POTRERO | ) | |

## ORDER

The Plaintiff in the above captioned case has filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i). This Stipulation is hereby GRANTED and the claims against Javier Mendoza d/b/a El Potrero are hereby dismissed without prejudice. The Clerk is ordered to close this case.

SO ORDERED this 24 day of April, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA